AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JEAN RICHARDSON<br><br>*Plaintiff(s)*<br><br>v.<br><br>SUNCO CAPITAL, LLC; ATTYX, LLC; ATTYX UTAH, LLC; SOLAR MOASIC, LLC; MOSAIC FUNDING VIII, LLC; WEBBANK; AND GRANT YOUNG<br><br>*Defendant(s)* | Civil Action No. 25-cv-04163-EK-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUNCO CAPITAL, LLC 150 Eileen Way, Suite 5, Syosset, NY 11791; ATTYX, LLC 150 Eileen Way, Suite 5, Syosset, NY 11791; ATTYX UTAH, LLC 300 S 1350 East Street, 5th Floor, Lehi, Utah 84043; SOLAR MOSAIC, LLC 601 12th Street, Suite 325, Oakland, CA 94607; MOSAIC FUNDING VIII, LLC 601 12th Street, Suite 325, Oakland, CA 94607; WEBBANK 215 South State Street, Suite 1000, Salt Lake City, Utah 84111; AND GRANT YOUNG 150 Eileen Way, Suite 5, Syosset, NY 11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ann L. Goldweber, Esq
St. Vincent De Paul Legal Program, Inc.
Consumer Justice for the Elderly: Litigation Clinic
St. John's University School of Law
8000 Utopia Parkway,
Jamaica, New York 11439
(718) 990-6689

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/30/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: